**U.S. COURTS/MIDDLE DISTRICT OF GEORGIA**

**OFFICE OF THE CLERK**

**201 WEST BROAD AVENUE**

**ALBANY, GEORGIA 31701**   FILED '22 05 03 PM12:44 MDGA-ALB

**OFFICIAL BUSINESS**

TALLAHASSEE FL 323

19 APR 2022 PM 2 L



$0.53 0
US POSTAGE
FIRST-CLASS
062S0008515921
31701
S83482.107

ALDE|
Inmat|
GLEN|
ALDE|

RETURN TO SENDER

_____ Incomplete Name/Register Number
_____ Unable to Identify Addressee
__✓__ No longer at this address/
          Gone for over 30 days
_____ Unauthorized Correspondence
          FPC Alderson, Alderson WV

REF
31701>2566

NIXIE        250   DC 1            0004/23/22

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 31701256601        *2801-02570-19-44