✎ GAM 35
(Rev.  2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.    1:17-CR-00006-021 (LAG) |
| **HEATHER CRAWFORD** | |

On October 24, 2018, Heather Crawford was sentenced to 96 months of imprisonment for the offense of Possession of Methamphetamine with Intent to Distribute in volition of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). The Court ordered Crawford to serve five years on supervised release upon the completion of her term of imprisonment. On February 17, 2023, the term of supervision commenced and is set to expire on February 16, 2028.

Heather Crawford has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Heather Crawford be discharged from supervision.

Respectfully submitted,

*Megan A. Howdeshell*

Megan A. Howdeshell
U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    8th    day of    June    , 2026.

*Leslie Abrams Gardner*

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE